UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23658-CIV-SINGHAL

ARMANDO BANEGAS GUEVARA,
and all others similarly situated
under 29 U.S.C. § 216(b),

    Plaintiff,

v.

LAFISE CORP., LATIN AMERICAN
FINANCIAL SERVICES, INC.,
ROBERT ZAMORA SR., and
MARIA J. ZAMORA,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record and the Court's Opinion and Order (DE [136]). In that Opinion and Order, the Court granted in part and denied in part Plaintiff's Motion for Clarification and/or Reconsideration of the Opinion and Order on Defendants' Motion for Summary Judgment and Sanctions. The Court reversed its determination regarding FLSA coverage, however, the Court did not reverse its ultimate conclusion on summary judgment in favor of Defendants. *Id.* Pursuant to Fed. R. Civ. P. 58, separate final judgment is now entered in favor of Defendants. It is hereby

**ORDERED AND ADJDUDGED** that **FINAL JUDGMENT** is entered **IN FAVOR OF** Defendants Lafise Corporation, Latin American Financial Services, Inc., Robert Zamora Sr., and Maria J. Zamora, and **AGAINST** Plaintiff Armando Banegas Guevara. This **CAUSE** is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **DENY AS MOOT** any remaining motions and **CLOSE** this case.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of September 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF